**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7348**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

CLAUDE WENDELL BELLAMY,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (7:99-cr-00049-F-1; 7:03-cv-00024-F)

_____

Submitted:  November 19, 2013          Decided:  November 22, 2013

_____

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Claude Wendell Bellamy, Appellant Pro Se.  John Samuel Bowler, OFFICE OF THE UNITED STATES ATTORNEY, Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Wendell Bellamy appeals the district court's order denying his motion for a certificate of appealability. We have reviewed the record and find no reversible error. Accordingly we dismiss the appeal. Bellamy has filed a motion for a certificate of appealability in this court, which is denied. He has failed to show that the district court's assessment of his constitutional claims to be debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED